THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:14-cv-00045-MR-DLH

| | |
|---|---|
| FINE BUILT CONSTRUCTION, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>AUTO-OWNERS INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion to Remand [Doc. 4]. The Defendant does not oppose the Plaintiff's Motion.

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion to Remand [Doc. 4] is **GRANTED**, and this action is hereby **REMANDED** to the Clay County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Clay County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: December 30, 2014

Martin Reidinger
United States District Judge